AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America )<br>v. )<br>Peter Torres ) | Case No.   8:26-mj-1450-LSG |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 9, 2025 _____ in the county of _____ Hillsborough _____ in the

_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_JH_

_____
Complainant's signature

Jeremy House, FBI TFO
_Printed name and title_

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: _3|3|26_

_____
Judge's signature

City and state: _Tampa, FL_

Honorable Lindsay S. Griffin, U.S.M.J.
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jeremy S. House, being duly sworn, depose and state as follows:

1.     I am a Task Force Officer with the Federal Bureau of Investigation (FBI). I have been assigned to the FBI Tampa Child Exploitation and Human Trafficking Task Force since September of 2025. I have investigated matters involving the online exploitation of children, particularly as relates to violations of 18 U.S.C. § 2422(b), 2251, 2252, and 2252A, which criminalize coercion and enticement of minors, as well as the production, possession, and receipt of child pornography. I have made arrests and conducted searches pertaining to these types of investigations. I have received training for online undercover investigations involving child pornography. As a Task Force Officer, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States. I am a Master Detective with the Hillsborough County Sheriff's Office within the Internet Predator Unit tasked with investigating similar criminal matters.

2.     I submit this affidavit in support of an application for a criminal complaint and arrest warrant for Peter Torres (**"TORRES"**). This affidavit sets forth facts sufficient to establish probable cause that **TORRES** committed violations of 18 U.S.C. § 2251(a) (production of child pornography).

3.     The facts contained in this affidavit are drawn from personal knowledge of this investigation, information from other law enforcement officers, information from agency reports, and the review of documents provided to me by witnesses and

1

by law enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking authorization to arrest **TORRES**, I have not set forth every fact learned during this investigation. Rather, I have included only those facts necessary to establish probable cause supporting the requested complaint.

## **PROBABLE CAUSE**

4.     On December 11, 2025, the National Center for Missing and Exploited Children (NCMEC) received Cyber Tipline report 225430384 from MediaLab/Kik for the upload of 2 files identified as apparent child pornography. The upload occurred through Kik Messenger on December 9, 2025, at approximately 23:13:06 Universal Coordinated Time (UTC), and December 11, 2025, at 19:02:26 (UTC). MediaLab/Kik provided the subscriber information was:

Email Address: Hungwgsg66@gmail.com

Screen/Username: Hang.time.pt4

Display Name: Hang.time.pt4

ESP User ID: hang.time.pt4_np3

Included with the account information was a log of IP (IP) addresses associated with the account.

5.     The CyperTipline Report was escalated with the following notes: "This report appears to contain one (1) image and one (1) video that appear UNFAMILIAR and may depict NEWLY PRODUCED and/or HOMEMADE CONTENT."

6.     The reported files were uploaded by the user through Kik messenger.

2

Hillsborough County Sheriff's Office detectives conducted a review of the files.

7. The image file appeared to be a screenshot of a text conversation that included a video. The contact listed on the text message was "Background $". The message prior to the video being sent was "and the other?". The still frame of the video showed an adult male with an erect penis filming himself masturbating over a sleeping female minor victim ("MV1"). MV1, who appeared to be between 3-4 years old, was wearing clothes and sleeping in a playpen. MV1 had childlike features and a lack of secondary sex characteristics to include small stature, small limb size, a lack of development, and a cherubic face.

8. The video file again showed what appeared to be the same adult male with an erect penis filming himself masturbating over the sleeping female MV1. MV1 was the focal point of the video. The male was standing at MV1's head and had his pants pulled partially down with his erect penis exposed. The male moved his penis overtop of MV1's face as he masturbated. The male walked away from MV1 and the surrounding area was briefly visible. There was a concrete floor with white painted cinderblock walls. There was a corner of a mattress on a supportive base, a wooden dresser, an animal food and water bowl, a washing machine, and various small carpets on the ground. The video then ended.

9. The IP address 173.169.57.112:52700) was directly associated with the upload of the image file. The closest log to the upload of the video file was an account login on December 11, 2025, at 18:58:47 UTC hours. The IP address was 173.169.57.112:56164. The login was within four (4) minutes of the upload of the

3

reported file. The Internet Service Provider (ISP) for the IP address was Charter Communications.

10.   On January 16, 2026, the Hillsborough County Sheriff's Office submitted a subpoena to Charter Communications for certified records associated with IP address 173.169.57.112.

11.   On January 25, 2026, Charter Communications provided certified records associated with the subpoenaed IP address, including the subscriber's name, the associated phone number and email address, and a service address in the Middle District of Florida.

12.   Through investigative means, the Hillsborough County Sheriff's Office identified the potential residents of the associated address. Seven adults were associated with the address, as well as one child who was approximately the same age as the child in the video and image from the cybertip. **TORRES** was not among the adults associated with the residence, but the mother of the individual ultimately identified as MV1 was.

13.   On February 6, 2026, the Hillsborough County Sheriff's Office responded to the address to conduct non-custodial interviews commonly known as knock and talks. Law enforcement spoke to the individual named in the subscriber information from Charter, who confirmed that Charter was the Internet Service Provider for the home. While on scene, law enforcement obtained a state-court authorized search warrant for the residence.

14.   Law enforcement detained the occupants of the home and conducted a

4

cursory sweep for persons and potentially threats before securing the residence for a search warrant. During the sweep, individuals in the home told law enforcement that **TORRES** and a two-year-old child were in the garage. Law enforcement made contact with **TORRES** and MV1. MV1 was observed to be the same female observed in the video and image reported in the Cyber Tipline Report. **TORRES** had tattoos on his body in the same location as the suspect observed in the video and image reported in the Cyber Tipline Report.

15.    All law enforcement officers assisting in the execution of the search warrant, including myself, were shown the files associated with the Cyber Tipline Report so they could effectively identify items of evidentiary value.[1]

16.    **TORRES'** and MV1's bedroom was observed to be the same bedroom observed in the video and image reported in the Cyber Tipline Report. Clothing and bedding unique to the reported image and video were located within the residence.

17.    MV1's mother was at the residence during the execution of the search warrant. She provided a sworn, recorded verbal statement to law enforcement. She identified the female observed in the reported video and image as MV1. MV1 was born in 2023. MV1's mother identified the suspect from the reported video and image as **TORRES**. MV1's mother confirmed that **TORRES** is MV1's biological father. Due to MV1's age and inability to effectively communicate, an interview was

---

[1] Upon determining that federal adoption of the case would be appropriate, I authored a federal search warrant for the files associated with the Cyber Tipline Report. The warrant was authorized by Judge Lindsay S. Griffin on February 25, 2026.

not completed with MV1.

18.    Law enforcement conducted a recorded post-*Miranda* interview with **TORRES**. **TORRES** identified the minor victim in the reported video and image as MV1. **TORRES** identified himself as the male from the reported video and image. **TORRES** admitted to creating the reported video and image at the request of other users on KIK in exchange for money. **TORRES** would transmit the video to other users via KIK. **TORRES** admitted to creating multiple videos of similar content with MV1 and selling the content for approximately $30.00 dollars in US currency. **TORRES** identified the suspect's KIK information as belonging to him.

19.    During the search warrant, **TORRES'** Samsung model SM-S721U cell phone was seized and a forensic analysis was conducted on the device. Six images were located on the device which depicted **TORRES** exposing himself with an erect penis and holding his erect penis in front of MV1. MV1 was observed to be awake in the images. MV1 was observed in very close proximity to **TORRES'** erect penis.

## CONCLUSION

20.     Based on the foregoing information, there is probable cause to believe

that **TORRES** committed violations of 18 U.S.C. § 2251(a) (production of child

pornography). I respectfully request this Court issue an arrest warrant for **TORRES**.

_____
Jeremy S. House, Task Force Officer
Federal Bureau of Investigation


Affidavit submitted to me by reliable electronic means and attested to me as true and
accurate by telephone or other reliable electronic means consistent with Fed. R.
Crim. P. 4.1 and 41(d)(3) before me this 3rd day of March, 2026.

_____
HONORABLE LINDSAY S. GRIFFIN
United States Magistrate Judge

7