# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:26-mj-1450-LSG | | DATE: | March 6, 2026 |
|---|---|---|---|---|
| **HONORABLE LINDSAY S. GRIFFIN** | | | **INTERPRETER:** | |
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER TORRES | | | **LANGUAGE:** | |
| | | | **GOVERNMENT COUNSEL**<br>Muriel Moore, AUSA | |
| | | | **DEFENSE COUNSEL**<br>Ryan Maguire, AFPD | |
| **COURT REPORTER:** Digital | | | **DEPUTY CLERK:** | Amanda Craig |
| **TIME:** | 2:47 PM – 2:56 PM | **TOTAL:** 9 Minutes | **PRETRIAL:** | Amy Jackson |
| | | | **COURTROOM:** | 12A |

**PROCEEDINGS:  INITIAL APPEARANCE / DETENTION**

Defendant present.  Arrest date: 03/05/25.

Defendant provided copy of complaint.

Court summarized charges; court advises defendant of rule 5 rights.

Oral motion to appoint counsel. Financial affidavit submitted/reviewed. Oral motion granted; public defender's office appointed.

Oral Due Process.

Bond:

Government moves for detention.

Defendant requests for a continuation of the detention hearing.

Government does not object to the request.

Court:  Motion to continue detention hearing is granted and the court sets the hearing for Tuesday, March 10, 2026, at 3:30 pm in courtroom 12A.

Defendant remanded to custody of USMS.