AO 442 (Rev. 11/11) Arrest Warrant

MAR 6 2026 ᴹ2:17
FILED - USDC - FLMD - TPA

RECEIVED U.S. MARSHALS
2026 MAR 6 PM 2:29

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

United States of America
v.
PETER TORRES

)
)
)
)
)
)

Case No.    8:26-mj-1450-LSG

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    PETER TORRES                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☑ Complaint

❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

Production of Child Pornography in violation of 18 U.S.C. § 2251(a).

Date:    03/03/2026

_____
*Issuing officer's signature*

City and state:    Tampa, FL

LINDSAY S. GRIFFIN, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 03-03-26 , and the person was arrested on *(date)* 03-05-26 at *(city and state)* TAMPA, FL . |

Date:    03-06-26

_____
*Arresting officer's signature*

JEREMY HOUSE /M. DETECTIVE
*Printed name and title*