# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:26-mj-1450-LSG | | DATE: | March 10, 2026 |
|---|---|---|---|---|
| **HONORABLE LINDSAY S. GRIFFIN** | | | **INTERPRETER:** | |
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER TORRES | | | **LANGUAGE:** | |
| | | | **GOVERNMENT COUNSEL**<br>Muriel Moore, AUSA | |
| | | | **DEFENSE COUNSEL**<br>Ryan Maguire, AFPD | |
| **COURT REPORTER:** Digital | | | **DEPUTY CLERK:** | Amanda Craig |
| **TIME:** | 3:30 PM – 3:42 PM | **TOTAL:** 12 Minutes | **PRETRIAL:** | Charlene Cohen |
| | | | **COURTROOM:** | 12A |

**PROCEEDINGS:  DETENTION HEARING**

Government continues to move for detention. Proffer by the Government.

Defendant argues for release from custody. Proffer from Defense counsel.

Court:  Orders the defendant to be detained.

Order to be entered.

Defendant remanded to custody of USMS.