# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

    v.                          Case No. 8: 26-cr-105-VMC-TGW

PETER TORRES.

_____/

## NOTICE OF APPEARANCE

I, Ryan J. Maguire, attorney for Defendant, enter this Notice of Appearance on (his/her/its) behalf in the above-captioned cause.

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, _____Peter Torres_____, the above-named defendant, waive my right to be present at Arraignment. I have received a copy of the charging instrument and have read it, or have had it read to me. I have been advised of the substance of the charge(s). I enter a plea of not guilty to the charge(s)

_____
Ryan J. Maguire, Counsel for Defendant

_____
Peter Torres, Defendant

Date:___4/6/2026___

**IF DEFENDANT WAIVES HIS/HER/ITS RIGHT TO BE PRESENT AT THE SCHEDULED ARRAIGNMENT, COUNSEL FOR THE GOVERNMENT AND DEFENDANT MAY APPEAR TELEPHONICALLY AT THAT PROCEEDING.**

## REQUEST FOR DISCOVERY

Comes now, _____Peter Torres_____, by and through his undersigned attorney, and hereby gives notice that (he/she/it) will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Defendant's waiver of their presence and the presence of their attorney at the Arraignment and direct that the plea of not guilty be received for filing. The matter of discovery will be addressed by separate order.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

Date:_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th th day of April 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Muriel Moore, AUSA

/s/ Ryan J. Maguire
Ryan J. Maguire, Esq.
Assistant Federal Defender