UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Peter Torres
8:26-cr-00105-VMC-TGW

| **Date**: April 9, 2026 | **Court Reporter**: **Digital** |
|---|---|
| | **Interpreter**: N/A |
| **Time**: 9:30 AM–9:31 AM   Total: 1 min | **Deputy Clerk**: Clara Reaves |

| **Government Counsel** | **Defense Counsel** |
|---|---|
| Muriel Moore, AUSA | Ryan Maguire, AFPD, Appearance waived |

| **Arraignment** | |
|---|---|

Government counsel present.

Defendant and his counsel not present. Defendant waived appearances. Court accepts the waiver.

Not guilty plea entered by Defendant and accepted by the Court.

Arraignment is held.

Motion for discovery by defendant via Doc. 21.

Oral order government to provide under Rule 16(a) discovery;

Oral Motion for reciprocal Discovery by Government.

Oral order to defendant to provide reciprocal discovery under Rule 16(b).

Trial set for June 2026 trial term beginning June 1, 2026 before District Judge Covington. Status conference on May 14, 2026 at 9:30am.

Pretrial Discovery order to be entered by Judge Adams.

Due process oral order given.

Court in recess.